NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEPHANIE R. JONES,**
*Petitioner,*

v.

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2012-3120

---

Petition for review of the Merit Systems Protection Board in case no. DA0752110468-I-1.

---

## ON MOTION

---

## ORDER

Stephanie R. Jones moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 3 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Stephanie R. Jones
     Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 3 0 2012

JAN HORBALY
CLERK